United States District Court
Southern District of Texas
**ENTERED**
June 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO. 4:20-cr-298S |
| § | |
| PAUL EDWARD EVANS § | |
| aka "Blue Diamond", DEREK DEMETRIUS § | |
| KIRKWOOD aka "Allday", LAVALOUS § | |
| MEYERS aka "RonRon", PAUL DONTAI § | |
| EVANS, aka "Lil' Blue", § | |
| Defendants. § | |

## ORDER TO UNSEAL INDICTMENT AND ARREST WARRANTS

The United States' Motion to Unseal the Indictment and arrest warrants as to the defendants along with this motion and order filed in this cause is hereby GRANTED.

_____
PETER BRAY
United State Magistrate Judge